DEZSO SULYOK, Appellant and Respondent, *v.* PENZINTEZETI KOZPONT BUDAPEST, Respondent and Appellant.

Submitted October 6, 1952; decided October 9, 1952.

Motion to amend remittitur, for reargument and for a stay denied, with $10 costs and necessary printing disbursements. [See 304 N. Y. 704.]